UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON DASHAWN POWELL,

        Petitioner,

v.                                 Case No. 17-10975

KENNETH ROMANOWSKI,

        Respondent.
_____/

## JUDGMENT

In accordance with the April 5, 2017 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Kenneth Romanowski and against Petitioner Aaron Dashawn Powell.

Dated at Port Huron, Michigan, this 5th day of April, 2017.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated:  April 5, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 5, 2017, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (810) 292-6521